# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 509 |
| | : | |
| ORDER ADOPTING NEW RULE 490.1, | : | CRIMINAL PROCEDURAL RULES |
| AND REVISING THE *COMMENTS* OF | : | |
| RULES 430, 455, AND 456 OF THE | : | DOCKET |
| PENNSYLVANIA RULES OF CRIMINAL | : | |
| PROCEDURE | : | |

## ORDER

**PER CURIAM**

      **AND NOW**, this 21st day of December, 2018, upon the recommendation of the Criminal Procedural Rules Committee; the proposal having been published before adoption at 47 *Pa.B.* 1850 (April 1, 2017)*,* and a *Final Report* to be published with this **ORDER:**

      **IT IS ORDERED** pursuant to Article V, Section 10 of the Constitution of Pennsylvania that new Pennsylvania Rule of Criminal Procedure 490.1 is adopted, and the *Comments* to Pennsylvania Rules of Criminal Procedure 430, 455, and 456 are revised, in the attached form.

      This **ORDER** shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective May 1, 2019.

Additions to the rules are shown in bold and are underlined.
Deletions from the rules are shown in bold and brackets.